**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | | |
|---|---|---|
| RONALD EDWIN SUDDUTH, | ) | NO. CV 06-07322 GPS (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ALMAGER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/8/08

_[signature]_
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE